IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANDBOX SOFTWARE, LLC,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>18BIRDIES, LLC,  )<br>  )<br>Defendant.  ) | C.A. No. 18-1649 (MN) |

## JUDGMENT

WHEREAS, the Court granted Defendant 18Birdies, LLC's Motion to Dismiss Sandbox Software, LLC's Complaint. (*See* D.I. 28, 29). For the reasons stated on the record (D.I. 28) and in the Court's Memorandum Order (D.I. 29), judgment of invalidity of all claims of United States Patent No. 9,737,803 is HEREBY ENTERED in favor of Defendant 18Birdies, LLC and against Plaintiff Sandbox Software, LLC for failure to claim patent-eligible subject matter under 35 U.S.C. § 101.

June 26, 2019

_____
The Honorable Maryellen Noreika
United States District Judge

_____
(By) Deputy Clerk